# Notice Recipients

District/Off: 0971−4         User: cfan                  Date Created: 10/16/2015

Case: 10−49932              Form ID: pdfntcal            Total: 80

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | Ciro A. Mestres | ecfmail@aldridgepite.com |
| aty | John D. Schlotter | ecfmail@aldridgepite.com |
| aty | Lawrence J. Buckley | notice@bkcylaw.com |
| aty | Sally J. Elkington | sally@elkshep.com |
| aty | Timothy J. Silverman | tim@sgsslaw.com |
| aty | Whitney Groff | ecfmail@aclawllp.com |

                                                                        TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tamara Taylor Reeder | 5632 Weaver Place    Oakland, CA 94619 |
| cr | BAC Home Loan Servicing LP | 7105 Corporate Drive    Plano, TX 75024 |
| cr | GE Money Bank    c/o Recovery Management Systems Corp. | 25 SE 2nd Avenue, Suite 1120    Miami, FL 33131−1605 |
| cr | Nissan Motor Acceptance Corporation    c/o Law Offices of Austin P. Nagel, Esq. | 111 Deerwood Road    Suite 305    San Ramon, CA 94583 |
| cr | East Bay Funding    c/o Resurgent Capital Services | PO Box 288    Greenville, SC 29603 |
| cr | Jefferson Capital Systems LLC    PO BOX 7999 | ST CLOUD, MN 56302−9617 |
| cr | BANK OF AMERICA, N.A.    2380 Performance Dr. | Richardson, TX 75082 |
| cr | Real Time Resolutions, Inc.    1349 Empire Central Dr., Suite #150 | PO Box 36655    Dallas, TX 75247−4029 |
| cr | Ronald D. Eichman    227 Lowell Street | Redwood City, CA 94062 |
| cr | PennyMac Loan Services, LLC    c/o Aldridge Connors LLP | Fifteen Piedmont Center    3575 Piedmont Road, N.E., Suite 500    Atlanta, GA 30305 |
| cr | PennyMac Holdings, LLC FKA PennyMac Mortgage Investment Trust Holdings I, LLC its successors and/or assigns by its duly authorized agent PennyMac Loan Services, LLC    Solomon, Grindle, Silverman & Wintringer    c/o Timothy J. Silverman, Esq. | 12651 High Bluff Drive, Suite 250    San Diego, CA 92130 |
| aty | Grace Feldman    Law Offices of Austin P. Nagel | 111 Deerwood Road, # 388    San Ramon, CA 94583 |
| smg | Labor Commissioner    1515 Clay St.    Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization    Collection Dept.    P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 11493328 | ALPAT COMPANY INC    40070 CANE STREET #400 | SLIDELL, LA 70461 |
| 11493329 | ALTA BATES SUMMIT MEDICAL CENTER    20819 72ND AVENUE #305 | KENT, WA 98032 |
| 11493330 | AMERICAN EXPRESS    P.O. BOX 981537 | EL PASO, TX 79998 |
| 11493331 | ATTORNEY GENERAL OF THE UNITED STATES    DEPT OF JUSTICE CIVIL TRIAL SECTION | PO BOX 683    BEN FRANKLIN STATION    WASHINGTON, DC 20044 |
| 11221762 | American Express    P.O. Box 360001 | Fort Lauderdale, FL 33336 |
| 11260221 | American Express Bank FSB    c/o Becket and Lee LLP | POB 3001    Malvern PA 19355−0701 |
| 11221761 | American Express Business    P.O. Box 360001 | Fort Lauderdale, FL 33336 |
| 11263770 | American Express Centurion Bank    c/o Becket and Lee LLP | POB 3001    Malvern PA 19355−0701 |
| 11577470 | BAC Home Loans Servicing, LP    400 National Way    Mail Stop: CA6−919−01−23 | Simi Valley, CA 93065 |
| 11493332 | BANK OF AMERICA    PO BOX 5170 | SIMI VALLEY, CA 93062 |
| 11493333 | BAY AREA CREDIT SERVICES    1901 W. 10TH STREET | ANTIOCH, CA 94509 |
| 11221764 | Bank Of America Home Loans    Attn: Correspondence Unit    SV−314B | P.O. Box 5170    Simi Valley, CA 93062 |
| 11221765 | Bank Of America Home Loans (HELOC)    Attn: Correspondence Unit    SV−314B | P.O. Box 5170    Simi Valley, CA 93062 |
| 11493334 | CAPITAL ONE    P.O. BOX 30281 | SALT LAKE CITY, UT 84130 |
| 11493335 | CBA COLLECTION BUREAU    25954 EDEN LANDING ROAD | HAYWARD, CA 94545 |
| 11493336 | CHASE BANK    POST OFFICE BOX 15298 | WILMINGTON, DE 19850 |
| 11493337 | CITIBANK    PO BOX 6497 | SIOUX FALLS, SD 57117 |
| 11493338 | CITY OF OAKLAND    COMMUNITY AND ECONOMIC DEVELOPMENT AGNCY    250 FRANK H. OGAWA PLAZA, SUITE 5313    ATTN: GREGORY HUNTER | OAKLAND, CA 94612 |
| 11221763 | Chase    National Banlc By Mail    P.O. Box 36520 | Louisville, KY 40233 |
| 11493339 | EBMUD    PO BOX 1000 | OAKLAND, CA 94649 |
| 12313197 | East Bay Funding    c/o Resurgent Capital Services    PO Box 288 | Greenville, SC 29603 |
| 11493340 | FRANCHISE TAX BOARD    1515 CLAY STREET #3N−305 | OAKLAND, CA 94612 |
| 11425109 | Franchise Tax Board    Bankruptcy Section MS A340    PO Box 2952 | Sacramento, CA 95812−2952 |
| 13447887 | Franchise Tax Board    PO Box 942840 | Sacramento, CA 94240−0040 |
| 13447886 | Franchise Tax Board    PO Box 942867 | Sacramento, CA 942867 |

Case: 10-49932   Doc# 127-1   Filed: 10/14/15   Entered: 10/14/15 10:24:24   Page 1 of 2

| | | | | |
|---|---|---|---|---|
| 11493341 | GMAC | P.O. BOX 380901 | MINNEAPOLIS, MN 55438 | |
| 11221766 | GMAC Automotive Financing | P.O. Box 380901 | Bloomington, MN 55438 | |
| 11493342 | GRANT & WEBER | P.O. BOX 8669 | CALABASAS, CA 91372 | |
| 11493326 | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | P.O. BOX 21126 | PHILADELPHIA, PA 19114–0326 | FRANCHISE TAX BOARD |
| 11493343 | INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES SECTION | 1301 CLAY STREET, STOP 1400S | OAKLAND, CA 94612 |
| 12417008 | JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999 | ST CLOUD MN 56302 | |
| 11493344 | LANE BRYANT | 450 WINKS LANE | BENSALEM, PA 19020 | |
| 11493345 | LDC COLLECTION SYSTEMS | PO BOX 54915 | LOS ANGELES, CA 94310 | |
| 11493346 | LTD FINANCIAL SERVICES | 7322 SOUTHWEST FREEWAY, SUITE 1600 | HOUSTON, TX 77074 | |
| 11493347 | NISSAN MOTOR CREDIT | PO BOX 685003 | FRANKLIN, TN 37068 | |
| 11493348 | NORTH COAST COLLECTION | 3700 MONTGOMERY DRIVE | SANTA ROSA, CA 95405 | |
| 11237359 | Nissan Motor | POB 660366 | Dallas, TX 75266–0366 | |
| 11221767 | Nissan Motor Acceptance Corporation | P.O. Box 78132 | Phoenix, AZ 85062 | |
| 11493349 | OAKLAND HOUSING AUTHORITY | 1180 25TH AVENUE | OAKLAND, CA 94601 | |
| 11493350 | ORECK DIRECT | PO BOX 1689 | SLIDELL, LA 70459 | |
| 11493351 | PINNACLE CREDIT SERVICES | 7900 HIGHWAY 7, #100 | MINNEAPOLIS, MN 55426 | |
| 11353150 | PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. | POB 41067 | Norfolk VA 23541 |
| 11493352 | PROFESSIONAL RECOVERY SYSTEMS | 190 S. ORCHARD AVENUE #C250 | VACAVILLE, CA 95688 | |
| 11959332 | Pacific Gas & Electric Co. | c/o Yvonne Naranjo, Bankruptcy Rep. | POB 8329 | Stockton CA 95208 |
| 13603480 | PennyMac Loan Services, LLC | 6101 Condor Drive | Suite 310 | Moorpark, CA 93021 |
| 11493354 | RJM ACQUISITIONS | 575 UNDERHILL B.LVD | STE. 224 | SYOSSET, NY 11791 |
| 11493353 | Real Time Resolutions, Inc. | 1349 Empire Central Dr, Ste #150 | P.O. Box 36655 | Dallas, TX 75247 |
| 11463741 | Real Time Resolutions, Inc. | 1750 Regal Row Suite 120 | PO Box 36655 | Dallas Texas 75235 |
| 11235619 | Rjm Acquisitions Llc | 575 Underhill Blvd | Suite 224 | Syosset, NY 11791 |
| 13447885 | Ronald D. Eichman | 702 Marshall St, Ste 300 | Redwood City, CA 94063 | |
| 13888999 | Ronald D. Eichman, cr | 227 Lowell Street | Redwood City, CA 94062 | |
| 11381178 | Roundup Funding, LLC | MS 550 | PO Box 91121 | Seattle, WA 98111–9221 |
| 11493355 | SKO BRENNER AMERICAN INC. | 40 DANIEL STREET | PO BOX 230 | FARMINGDALE, NY 11735 |
| 11493327 | SPECIAL PROCEDURES | P.O. BOX 2952 | SACRAMENTO, CA 95812–2952 | |
| 11493356 | UNITED STATES ATTORNEY | ATTN: CHIEF TAX DIVISION | 450 GOLDEN GATE AVE., BOD 36055 | SAN FRANCISCO, CA 94102 |
| 11493357 | WACHOVIA BANK | PO BOX 84712 | SIOUX FALLS, SD 57118 | |

TOTAL: 72