# Notice Recipients

District/Off: 0971−4      User: admin      Date Created: 11/12/2015

Case: 10−49932      Form ID: B18W      Total: 80

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | Ciro A. Mestres | ecfmail@aldridgepite.com |
| aty | John D. Schlotter | ecfmail@aldridgepite.com |
| aty | Lawrence J. Buckley | notice@bkcylaw.com |
| aty | Sally J. Elkington | sally@elkshep.com |
| aty | Timothy J. Silverman | tim@sgsslaw.com |
| aty | Whitney Groff | ecfmail@aclawllp.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tamara Taylor Reeder | 5632 Weaver Place Oakland, CA 94619 |
| cr | BAC Home Loan Servicing LP | 7105 Corporate Drive Plano, TX 75024 |
| cr | GE Money Bank | c/o Recovery Management Systems Corp. 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131−1605 |
| cr | Nissan Motor Acceptance Corporation | c/o Law Offices of Austin P. Nagel, Esq. 111 Deerwood Road Suite 305 San Ramon, CA 94583 |
| cr | East Bay Funding | c/o Resurgent Capital Services PO Box 288 Greenville, SC 29603 |
| cr | Jefferson Capital Systems LLC | PO BOX 7999 ST CLOUD, MN 56302−9617 |
| cr | BANK OF AMERICA, N.A. | 2380 Performance Dr. Richardson, TX 75082 |
| cr | Real Time Resolutions, Inc. | 1349 Empire Central Dr., Suite #150 PO Box 36655 Dallas, TX 75247−4029 |
| cr | Ronald D. Eichman | 227 Lowell Street Redwood City, CA 94062 |
| cr | PennyMac Loan Services, LLC | c/o Aldridge Connors LLP Fifteen Piedmont Center 3575 Piedmont Road, N.E., Suite 500 Atlanta, GA 30305 |
| cr | PennyMac Holdings, LLC FKA PennyMac Mortgage Investment Trust Holdings I, LLC its successors and/or assigns by its duly authorized agent PennyMac Loan Services, LLC Solomon, Grindle, Silverman & Wintringer c/o Timothy J. Silverman, Esq. 12651 High Bluff Drive, Suite 250 San Diego, CA 92130 | |
| aty | Grace Feldman | Law Offices of Austin P. Nagel 111 Deerwood Road, # 388 San Ramon, CA 94583 |
| smg | Labor Commissioner | 1515 Clay St. Room 801 Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. P.O. Box 942879 Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812−2952 |
| 11493328 | ALPAT COMPANY INC | 40070 CANE STREET #400 SLIDELL, LA 70461 |
| 11493329 | ALTA BATES SUMMIT MEDICAL CENTER | 20819 72ND AVENUE #305 KENT, WA 98032 |
| 11493330 | AMERICAN EXPRESS | P.O. BOX 981537 EL PASO, TX 79998 |
| 11493331 | ATTORNEY GENERAL OF THE UNITED STATES | DEPT OF JUSTICE CIVIL TRIAL SECTION PO BOX 683 BEN FRANKLIN STATION WASHINGTON, DC 20044 |
| 11221762 | American Express | P.O. Box 360001 Fort Lauderdale, FL 33336 |
| 11260221 | American Express Bank FSB | c/o Becket and Lee LLP POB 3001 Malvern PA 19355−0701 |
| 11221761 | American Express Business | P.O. Box 360001 Fort Lauderdale, FL 33336 |
| 11263770 | American Express Centurion Bank | c/o Becket and Lee LLP POB 3001 Malvern PA 19355−0701 |
| 11577470 | BAC Home Loans Servicing, LP | 400 National Way Mail Stop: CA6−919−01−23 Simi Valley, CA 93065 |
| 11493332 | BANK OF AMERICA | PO BOX 5170 SIMI VALLEY, CA 93062 |
| 11493333 | BAY AREA CREDIT SERVICES | 1901 W. 10TH STREET ANTIOCH, CA 94509 |
| 11221764 | Bank Of America Home Loans | Attn: Correspondence Unit SV−314B P.O. Box 5170 Simi Valley, CA 93062 |
| 11221765 | Bank Of America Home Loans (HELOC) | Attn: Correspondence Unit SV−314B P.O. Box 5170 Simi Valley, CA 93062 |
| 11493334 | CAPITAL ONE | P.O. BOX 30281 SALT LAKE CITY, UT 84130 |
| 11493335 | CBA COLLECTION BUREAU | 25954 EDEN LANDING ROAD HAYWARD, CA 94545 |
| 11493336 | CHASE BANK | POST OFFICE BOX 15298 WILMINGTON, DE 19850 |
| 11493337 | CITIBANK | PO BOX 6497 SIOUX FALLS, SD 57117 |
| 11493338 | CITY OF OAKLAND | COMMUNITY AND ECONOMIC DEVELOPMENT AGNCY 250 FRANK H. OGAWA PLAZA, SUITE 5313 ATTN: GREGORY HUNTER OAKLAND, CA 94612 |
| 11221763 | Chase | National Banlc By Mail P.O. Box 36520 Louisville, KY 40233 |
| 11493339 | EBMUD | PO BOX 1000 OAKLAND, CA 94649 |
| 12313197 | East Bay Funding | c/o Resurgent Capital Services PO Box 288 Greenville, SC 29603 |
| 11493340 | FRANCHISE TAX BOARD | 1515 CLAY STREET #3N−305 OAKLAND, CA 94612 |
| 11425109 | Franchise Tax Board | Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812−2952 |
| 13447887 | Franchise Tax Board | PO Box 942840 Sacramento, CA 94240−0040 |
| 13447886 | Franchise Tax Board | PO Box 942867 Sacramento, CA 942867 |

Case: 10-49932    Doc# 131-1    Filed: 11/12/15    Entered: 11/12/15 22:02:16    Page 1 of 2

11493341 GMAC    P.O. BOX 380901    MINNEAPOLIS, MN 55438
11221766 GMAC Automotive Financing    P.O. Box 380901    Bloomington, MN 55438
11493342 GRANT & WEBER    P.O. BOX 8669    CALABASAS, CA 91372
11493326 INTERNAL REVENUE SERVICE    CENTRALIZED INSOLVENCY OPERATIONS    P.O. BOX 21126    PHILADELPHIA, PA 19114–0326    FRANCHISE TAX BOARD
11493343 INTERNAL REVENUE SERVICE    SPECIAL PROCEDURES SECTION    1301 CLAY STREET, STOP 1400S    OAKLAND, CA 94612
12417008 JEFFERSON CAPITAL SYSTEMS LLC    PO BOX 7999    ST CLOUD MN 56302
11493344 LANE BRYANT    450 WINKS LANE    BENSALEM, PA 19020
11493345 LDC COLLECTION SYSTEMS    PO BOX 54915    LOS ANGELES, CA 94310
11493346 LTD FINANCIAL SERVICES    7322 SOUTHWEST FREEWAY, SUITE 1600    HOUSTON, TX 77074
11493347 NISSAN MOTOR CREDIT    PO BOX 685003    FRANKLIN, TN 37068
11493348 NORTH COAST COLLECTION    3700 MONTGOMERY DRIVE    SANTA ROSA, CA 95405
11237359 Nissan Motor    POB 660366    Dallas, TX 75266–0366
11221767 Nissan Motor Acceptance Corporation    P.O. Box 78132    Phoenix, AZ 85062
11493349 OAKLAND HOUSING AUTHORITY    1180 25TH AVENUE    OAKLAND, CA 94601
11493350 ORECK DIRECT    PO BOX 1689    SLIDELL, LA 70459
11493351 PINNACLE CREDIT SERVICES    7900 HIGHWAY 7, #100    MINNEAPOLIS, MN 55426
11353150 PRA Receivables Management, LLC    As Agent Of Portfolio Recovery Assocs.    POB 41067    Norfolk VA 23541
11493352 PROFESSIONAL RECOVERY SYSTEMS    190 S. ORCHARD AVENUE #C250    VACAVILLE, CA 95688
11959332 Pacific Gas & Electric Co.    c/o Yvonne Naranjo, Bankruptcy Rep.    POB 8329    Stockton CA 95208
13603480 PennyMac Loan Services, LLC    6101 Condor Drive    Suite 310    Moorpark, CA 93021
11493354 RJM ACQUISITIONS    575 UNDERHILL B.LVD    STE. 224    SYOSSET, NY 11791
11493353 Real Time Resolutions, Inc.    1349 Empire Central Dr, Ste #150    P.O. Box 36655    Dallas, TX 75247
11463741 Real Time Resolutions, Inc.    1750 Regal Row Suite 120    PO Box 36655    Dallas Texas 75235
11235619 Rjm Acquisitions Llc    575 Underhill Blvd    Suite 224    Syosset, NY 11791
13447885 Ronald D. Eichman    702 Marshall St, Ste 300    Redwood City, CA 94063
13888999 Ronald D. Eichman, cr    227 Lowell Street    Redwood City, CA 94062
11381178 Roundup Funding, LLC    MS 550    PO Box 91121    Seattle, WA 98111–9221
11493355 SKO BRENNER AMERICAN INC.    40 DANIEL STREET    PO BOX 230    FARMINGDALE, NY 11735
11493327 SPECIAL PROCEDURES    P.O. BOX 2952    SACRAMENTO, CA 95812–2952
11493356 UNITED STATES ATTORNEY    ATTN: CHIEF TAX DIVISION    450 GOLDEN GATE AVE., BOD 36055    SAN FRANCISCO, CA 94102
11493357 WACHOVIA BANK    PO BOX 84712    SIOUX FALLS, SD 57118

TOTAL: 72