**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re:

      TAMARA TAYLOR REEDER

          Debtor(s)

Case No. 10-49932-CN 13

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Martha G. Bronitsky, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2010.

2) The plan was confirmed on 03/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/26/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/05/2014.

5) The case was completed on 09/09/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $983,799.76.

10) Amount of unsecured claims discharged without payment: $420,416.27.

11) All checks distributed by the trustee relating to this case have cleared the bank.

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $66,390.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$66,390.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,237.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$7,537.80**

Attorney fees paid and disclosed by debtor: $2,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALPAT CO INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALTA BATES SUMMIT MED CTR-S | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BUSINESS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA HOME LOANS (F | Secured | 321,000.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| BECKET AND LEE LLP | Unsecured | NA | 17,124.19 | 17,124.19 | 6.16 | 0.00 |
| BECKET AND LEE LLP | Unsecured | 454.23 | 454.23 | 454.23 | 0.16 | 0.00 |
| CAPITAL ONE | Unsecured | 1,524.00 | NA | NA | 0.00 | 0.00 |
| CBA COLLECTION BUREAU | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAKLAND | Unsecured | 2,773.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAKLAND | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAKLAND | Priority | 2,773.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAKLAND/TAX COMPLIANC | Priority | 148.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING C/O RESURGEN | Unsecured | 2,594.00 | 2,594.08 | 2,594.08 | 0.93 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 7,933.00 | 13,744.38 | 13,744.38 | 13,744.38 | 0.00 |
| FRANCHISE TAX BOARD | Secured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 2,017.89 | 2,017.89 | 0.73 | 0.00 |
| GMAC | Unsecured | 18,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 3,385.00 | 3,385.22 | 3,385.22 | 1.22 | 0.00 |
| Lane Bryant Retail/SOA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LDC COLLECTIONS SERVICES | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| LDC COLLECTIONS SERVICES | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| LDC COLLECTIONS SERVICES | Unsecured | 2,334.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 36,000.00 | 35,660.70 | 19,000.00 | 19,000.00 | 2,088.36 |
| NISSAN MOTOR ACCEPTANCE CORP | Unsecured | NA | 16,660.70 | 16,660.70 | 6.00 | 0.00 |
| NORTH COAST COLLECTION SERVIC | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| OAKLAND HOUSING AUTHORITY | Unsecured | 1,271.00 | NA | NA | 0.00 | 0.00 |
| OAKLAND HOUSING AUTHORITY | Unsecured | 845.00 | NA | NA | 0.00 | 0.00 |
| ORECK DIRECT | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| PACIFIC GAS AND ELECTRIC | Unsecured | NA | 1,616.82 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PENNYMAC LOAN SERVICES | Secured | 80,000.00 | 151,572.33 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,333.00 | 2,333.43 | 2,333.43 | 0.84 | 0.00 |
| PROFESSIONAL RECOVERY SYSTEM | Secured | NA | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY SYSTEM | Unsecured | 978.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Unsecured | 322,000.00 | 339,911.14 | 339,911.14 | 121.98 | 0.00 |
| RONALD D EICHMAN | Priority | 852,000.00 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN INC | Unsecured | 199.95 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 17,053.00 | 23,881.15 | 23,881.15 | 23,881.15 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 799.75 | 799.75 | 0.29 | 0.00 |
| WFNNB | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,000.00 | $19,000.00 | $2,088.36 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,000.00** | **$19,000.00** | **$2,088.36** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $37,625.53 | $37,625.53 | $0.00 |
| **TOTAL PRIORITY**: | **$37,625.53** | **$37,625.53** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$385,280.63** | **$138.31** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $7,537.80 |
| Disbursements to Creditors | $58,852.20 |
| **TOTAL DISBURSEMENTS** : | **$66,390.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/16/2015                                    By: /s/ Martha G. Bronitsky

                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 16th day of November, 2015.


TAMARA TAYLOR REEDER
5632 WEAVER PLACE
OAKLAND, CA  94619

SALLY J ELKINGTON ATTY
409 - 13TH STREET 10TH FL
OAKLAND, CA  94612


ELECTRONIC SERVICE - United States Trustee


Date:  November 16, 2015

/s/ Trustee Martha G. Bronitsky

Trustee Martha G. Bronitsky
Chapter 13 Trustee
PO Box 5004
Hayward, CA  94540