

The following constitutes
the order of the court. Signed January 7, 2016

**Charles Novack
U.S. Bankruptcy Judge**

SALLY J. ELKINGTON, SBN 142619
**ELKINGTON LAW**
409 13th Street, 10th Floor
Oakland, CA 94612
Telephone:     (510) 465-0404
Facsimile:     (510) 465-0202
E-mail:        sally@elkshep.com

Attorney for Debtor
TAMARA TAYLOR REEDER

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In Re:

**TAMARA TAYLOR REEDER,**

        Debtor.

**CASE NO.  10-49932 CN**

CHAPTER 13

**JUDGMENT VOIDING LIEN OF
CREDITOR REAL TIME
RESOLUTIONS, INC. (successor in
interest to BAC Home Loans, successor in
interest to Countrywide Home Loans, Inc.)
ON REAL PROPERTY**

On January 27, 2011, this court entered an Order Granting the Motion to Value Collateral and Avoid the Lien of Creditor REAL TIME RESOLUTIONS, INC. (successor in interest to BAC Home Loans, successor in interest to Countrywide Home Loans, Inc.) On Real Property [Docket #53]. The lien encumbers the Debtor's real property commonly known as 5632 Weaver Place, Oakland, California 94619-3131, assessor's parcel number 037A-3142-015. The lien was recorded in Alameda County on or about March 21, 2007, by Countrywide Home Loans, Inc. as instrument number 2007114097. A copy of the lien is included within Proof of Claim #8-1.

That order was subject to being set aside until Debtor obtained a discharge or completed plan  payments in this Chapter 13 case. Debtor having obtained a discharge, the Court now therefore enters the following judgment:

The lien of REAL TIME RESOLUTIONS, INC. (successor in interest to BAC Home Loans, successor in interest to Countrywide Home Loans, Inc.) On Real Property, which was

recorded in recorded in Alameda County on or about March 21, 2007, by Countrywide Home Loans, Inc. as instrument number 2007114097, is now hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

* * END OF ORDER * *

COURT SERVICE LIST

[NONE]